UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DIST. COURT
SAVANNAH DIV.

2007 SEP 21 A 6: 54

CLERK_____
SO. DIST. OF GA.

United States of America )
vs )
Daron Anton Smith, aka Twin )

CASE NUMBER CR494-124

## ORDER

The Judgment of this Court in the above entitled action having been affirmed by the U. S. Court of Appeals;

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit, U. S. Court of Appeals, is made the judgment of this court.

This 21st day of September, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA